IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

NANCY L. STOUT                                                              PLAINTIFF

v.                              No. 1:14-cv-159-DPM

SOCIAL SECURITY ADMINISTRATION,
Commissioner                                                                DEFENDANT

ORDER

Unopposed recommendation, № 14, adopted. FED. R. CIV. P. 72(b) (1983 Addition to Advisory Committee Notes). The Court will dismiss Stout's complaint with prejudice.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

18 November 2015