IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

NANCY L. STOUT     PLAINTIFF

v.     No. 1:14-cv-159-DPM

SOCIAL SECURITY ADMINISTRATION,
Commissioner     DEFENDANT

JUDGMENT

Stout's complaint is dismissed with prejudice.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

18 November 2015